UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

UBILSER ALFONSO VASQUEZ-MIRANDA,

Defendant.
_______________________________/

Case No. 1:26-cr-51

Hon. Hala Y. Jarbou

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On September 2, 2026, Magistrate Judge Ray Kent issued a Report and Recommendation recommending that that the guilty plea of Ubilser Alfonso Vasquez-Miranda as to the Indictment be accepted. (R&R, ECF No. 27.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 16, 2026. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 27) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in the Indictment.

3. The written plea agreement (ECF No. 23) is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing, now scheduled for **December 16, 2026**.

Dated: September 18, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE